United States District Court
Southern District of Texas
**ENTERED**
October 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MAXWELL JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-95 |
| | § | |
| PENTAGON FEDERAL CREDIT UNION, | § | |
| | § | |
| | § | |
| Defendant. | | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On June 8, 2026, this case was referred to United States Magistrate Judge Peter Bray for all pretrial purposes. (Dkt. 26). Judge Bray filed a Memorandum and Recommendation on August 13, 2026 recommending that Plaintiff's motion for entry of default be denied. (Dkt. 33). On August 21, 2026, Plaintiff filed his Objections. (Dkt. 35). On September 4, 2026, Defendant responded to Plaintiff's Objections. (Dkt. 39).[1]

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C.

[1] Defendant mistakenly filed a draft response and then filed a corrected response. (Dkt. 38; Dkt. 39). Plaintiff has filed a motion to strike both responses. Plaintiff's motion to strike (Dkt. 41) is **GRANTED IN PART AND DENIED IN PART**. Docket entry 38 is **STRICKEN** from the record, but docket entry 39 is not.

§ 636(b)(1)(C); *see also* Fed. R. Civ. P. 72(b)(3). The Court has carefully considered Plaintiff's Objections; Defendant's response to Plaintiff's Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Bray's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court.

It is therefore **ORDERED** that:

(1) Judge Bray's Memorandum and Recommendation (Dkt. 33) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's motion for entry of default (Dkt. 19) is **DENIED**; and

(3) Docket entries 22 and 23 are **TERMINATED** in accordance with the rulings set out by Judge Bray in the Memorandum and Recommendation.

It is so **ORDERED**.

SIGNED at Houston, Texas on October 6, 2026.

George C. Hanks Jr

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE